IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:24cr494-MHT |
| | ) | (WO) |
| KURTIS LA'DAIR THOMAS | ) | |

ORDER ON POST-RELEASE MEETING

On September 1, 2026, the court held an informal post-release meeting in chambers with defendant Kurtis La'Dair Thomas and his supervising probation officer to discuss his progress since his release from the Bureau of Prisons on June 26, 2026. Based on the discussion during the meeting, it is ORDERED that:

(1) Although the court originally planned to set a formal post-release status conference, *see Supplemental Order on Conditions of Supervised Release* (Doc. 48), in light of today's meeting the court no longer sees the need for an additional, formal post-release status conference and will not schedule one.

(2) In six months, by March 1, 2027, the probation department shall file a status report (a) updating the

court as to how Thomas is faring on supervision, including whether he is receiving adequate treatment for his substance use disorder, history of alleged domestic abuse, and mental-health needs, and (b) stating whether the probation department recommends any additional special conditions of supervision or any modifications to previously imposed conditions.

(3) As part of his ongoing mental-health treatment, the probation department shall arrange for Thomas to receive a psychiatric assessment to determine whether he would benefit from psychotropic medication.

DONE, this 1st day of September, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE